**LAW OFFICES OF VINCENT C. SCOCA**
395 Franklin Street – PO Box 1649
Bloomfield, New Jersey 07003
(973) 680-8949
Attorney for Defendant

UNTIED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
DOCKET NO.: 08-CR-377 (SDW)

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Action |
| Plaintiff, : | Hon. Susan D. Wigenton, U.S.D.J. |
| vs. : | |
| FRANK BASTO, : | **ORDER** |
| Defendant(s) : | |

The Court having reviewed the submissions in support of the application of defendant Frank Basto for early termination of supervised release and the Court having considered the issue and for good cause shown

It is on this /9th day of May, 2010

ORDERED AND ADJUDGED that the within application is hereby ~~granted~~ Denied.

~~Frank Basto's supervised release is hereby terminated.~~

* The Court finds no justifiable basis upon which to grant the requested relief.

_____
Hon. Susan D. Wigenton, U.S.D.J.